UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :
                                             :
         -against-                           :
                                             :
MUJAHED ALI, *et al.*,                       :                    1:25-cr-586-GHW
                                             :
                      Defendants.            :                         ORDER
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2026

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on Monday, January 11, 2027 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions by Defendant are due no later than July 17, 2026. The Government's oppositions to any defense motions are due no later than the date that is two weeks following the date of service of Defendant's motion. Defendant's replies, if any, are due no later than the date that is one week following the date of service of the Government's opposition. The Court will hold a hearing on any defense motions necessitating a hearing on September 14, 2026 at 10:00 a.m.

Expert disclosures by the United States required pursuant to Fed. R. Crim. P. 16 are due no later than September 25, 2026. Expert disclosures by the defendant required pursuant to Fed. R. Crim. P. 16 are due no later than October 2, 2026.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than October 9, 2026. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The

Court will hold a final pretrial conference in this matter on January 4, 2027 at 10:00 a.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than October 9, 2026. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: May 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

2