USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| -against- | : | |
| | : | |
| MUJAHED ALI and SALAHDDIN ALI, | : | S1 1:25-cr-586-GHW |
| | : | |
| Defendants. | : | <u>ORDER</u> |

GREGORY H. WOODS, United States District Judge:

An arraignment in this matter will take place on October 22, 2026 at 12:00 p.m. with respect to MUJAHED ALI and SALAHDDIN ALI. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Messrs. Ali and their counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 16, 2026
New York, New York

GREGORY H. WOODS
United States District Judge