UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/21/2026

------------------------------------------------------------ X
UNITED STATES OF AMERICA, :
:
-against- :
:
MUJAHED ALI and SALAHDDIN ALI, :
:
Defendants. :
------------------------------------------------------------ X

S1 1:25-cr-586-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The arraignment currently scheduled for October 22, 2026 at 12:00 p.m. is rescheduled. The proceeding will take place on October 27, 2026 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Messrs. Ali and their counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 45.

SO ORDERED.

Dated: October 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge