USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 10/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA, :
:
-against- :
:
MUJAHED ALI, *et al.*, : 1:25-cr-586-GHW
:
Defendants. : ORDER
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

As stated during the October 27, 2026 arraignment, trial in this matter is adjourned to March 29, 2027 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions by Defendant Salahddin Ali are due no later than December 9, 2026.[1] The Government's opposition to any such motion is due no later than the date that is two weeks following the date of service of Mr. Salahddin Ali's motion. Mr. Salahddin Ali's reply, if any, is due no later than the date that is one week following the date of service of the Government's opposition. The Court will hold a hearing on any such motions necessitating a hearing on January 12, 2027 at 10:00 a.m.

Expert disclosures by the United States required pursuant to Fed. R. Crim. P. 16 are due no later than January 19, 2027. Expert disclosures by Mr. Salahddin Ali required pursuant to Fed. R. Crim. P. 16 are due no later than February 2, 2027.

The deadline for pretrial materials required by Rule 6 of the Court's Individual Rules of

[1] Pretrial motions by Defendant Mujahed Ali were due no later than July 17, 2026. Defendant Mujahed Ali filed a motion to suppress certain evidence on July 17, 2026. Dkt. No. 31. The Court denied that motion on August 31, 2026. Dkt. No. 34. Because the deadline for Mr. Mujahed Ali to submit pretrial motions has passed, no additional pretrial motions by Mr. Mujahed Ali will be considered by the Court.

Practice in Criminal Cases, including motions *in limine*, is extended to January 29, 2027. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The final pretrial conference in this matter is adjourned from January 4, 2027 to March 5, 2027 at 10:00 a.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than January 29, 2027. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: October 30, 2026
New York, New York

GREGORY H. WOODS
United States District Judge